■ In the Matter of ROBERT PACINI, Appellant, v BRION D. TRAVIS, as Chairman of New York State Division of Parole, Respondent. [735 NYS2d 448] —Appeal unanimously dismissed without costs as moot (*see, Matter of Brunner v Speckard,* 214 AD2d 1040, *lv denied* 86 NY2d 707). (Appeal from Judgment of Supreme Court, Orleans County, Punch, J.—CPLR art 78.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Gorski, JJ.